UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DEON SHARP, | Case No.  1:26-cv-02128-FJS (PC) |
| Plaintiff, | ORDER CONSTRUING NOTICE OF CHANGE OF ADDRESS AS MOTION FOR COPY OF LOCAL RULES (ECF No. 10) |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, *et al.*, | ORDER DENYING MOTION FOR COPY OF LOCAL RULES (ECF No. 10) |
| Defendants. | |

Plaintiff Kevin Deon Sharp ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

On April 3, 2026, Plaintiff filed a notice of change of address.  (ECF No. 10.)  In the filing, Plaintiff also requests a copy of the Local Rules of the United States District Court, Eastern District of California.  (*Id.*)  The Court construes the filing as a motion for a motion for a copy of the Local Rules.

Plaintiff is advised that the Court generally does not send litigants free copies of rules or case law, even when proceeding *in forma pauperis*, and any deviation from that standard practice represents an exception that must be justified.  Copies of the Court's Local Rules should be available to Plaintiff from the law library at his institution.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's notice of change of address, (ECF No. 10), is CONSTRUED as a motion for a copy of the Local Rules; and

2. Plaintiff's motion for a copy of the Local Rules, (ECF No. 10), is DENIED.

IT IS SO ORDERED.

Dated:  **April 9, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE